IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>MICHAEL G. ALDRICH,<br><br>               Defendant. | 8:18CR305<br><br>ORDER |

      This matter is before the court on the defendant's Unopposed Motion to Continue Trial [17]. Counsel is seeking additional time to assist the defendant in making decisions regarding plea negotiations. For good cause shown,

      **IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [17] is granted as follows:

      1. The jury trial, now set for December 4, 2018, is continued to **February 12, 2019.**

      2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 12, 2019,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

      Dated this 29th day of November 2018.

                                               BY THE COURT:

                                               s/Susan M. Bazis
                                               United States Magistrate Judge